UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DURY MILLER,

    Plaintiff,

v.                                                         CASE NO. 8:13-cv-2248-T-23TGW

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

In a thorough 46-page report and recommendation (Doc. 22), Magistrate Judge Wilson concludes that substantial evidence supports the Commissioner's denial of supplemental benefits to the plaintiff. Because the plaintiff shows no error in the report and recommendation, the objection (Doc. 25) is **OVERRULED**, the report and recommendation (Doc. 22) is **ADOPTED**, and the Commissioner's decision is **AFFIRMED**. The clerk is directed to enter judgment for the defendant and against the plaintiff and to close the case.

ORDERED in Tampa, Florida, on July 28, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE